**Opinion issued December 19, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-19-00959-CR**

**NO. 01-19-00960-CR**

**NO. 01-19-00961-CR**

**NO. 01-19-00962-CR**

**NO. 01-19-00963-CR**

_____

**IN RE JAMMIE L JONES, Relator**

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

## MEMORANDUM OPINION

Relator, Jammie L. Jones, acting pro se, has filed a "Petition for Writ of Habeas Corpus to Dismiss Complaint and Indictment" in five pending criminal cases.[1]

---

[1] The underlying cases are *The State of Texas v. Jammie L. Jones*, cause numbers 1635584, 1635585, 1635586, 1641829, and 1641830, pending in the 232nd District Court of Harris County, Texas, the Honorable Joshua Hill presiding.

In criminal matters, this Court's habeas corpus jurisdiction is appellate only, and we do not have original habeas corpus jurisdiction. *See Ex parte Denby*, 627 S.W.2d 435, 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding); *see also Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (citing TEX. GOV'T CODE § 22.221) ("A court of appeals does not have original habeas corpus jurisdiction in felony cases."). We lack jurisdiction over this attempt to seek pre-conviction habeas relief directly from this Court. *In re Lozano*, No. 14–12–00049–CR, 2012 WL 274076, at *1 (Tex. App.—Houston [14th Dist.] Jan. 31, 2012, orig. proceeding) ("To the degree relator seeks release from custody, relator is seeking pretrial habeas corpus relief over which this court does not have jurisdiction.") (citing *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991)).

Accordingly, we dismiss the habeas corpus petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).